UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLES MADDIX,

    Plaintiff,

v.
                                  Case No. 3:21-cv-305-TJC-JRK

WEKIVA SPRINGS CENTER, LLC,

    Defendant.

## ORDER

Upon review of the file, it is hereby

**ORDERED**:

Defendant's Unopposed Motion to Stay Proceedings and Compel Arbitration (Doc. 9) is **GRANTED**. The parties shall arbitrate the claims raised in this lawsuit in accordance with the terms of their May 4, 2016 Alternative Resolution for Conflicts Agreement. This case is **stayed** pending completion of the arbitration and the clerk shall **administratively close** the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of May, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Counsel of record